

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>VINCENT A. DUENAS,<br>Defendant. | USDC Cr. Cs. No. 03-00097-001<br><br>**REQUEST TO TRAVEL** |

On March 12, 2004, Dr. Vincent A. Duenas was sentenced by the Honorable Alex R. Munson for Distribution of Oxycodone Hydrochloride, in violation of 21 U.S.C. §§ 822(b), 823(g), 841(a)(1), & 841(b)(1)(C). He received a 36-month probation term with conditions to include: that he shall obey all Federal, state and local laws; comply with the standard conditions of probation as set forth by the U.S. Probation Office; not possess a firearm or other dangerous weapon; not use or possess illegal controlled substances; and shall submit to one urinalysis within 15 days after sentencing and, to two more urinalysis thereafter. However, the condition was suspended based on the Court's determination that he poses a low risk of future substance abuse; obtain and maintain gainful employment; pay the cost of supervision, in the amount of $10,196.28; a $1,000 fine; and a $100 special assessment fee. He has been on probation since March 12, 2004.

Dr. Duenas is requesting the Court's permission to travel to Saipan, Commonwealth of the Northern Mariana Islands, from November 18 to 19, 2005, for the purpose of presenting at a medical education conference. Dr. Duenas will be staying at the Dai-Ichi Hotel during his stay.

To date, Dr. Duenas has been compliant with his conditions. He paid his $100 special assessment fee on March 12, 2004, his $1,000 fine on March 23, 2004, and the cost of his supervision ($10,196.28) on September 22, 2004. Dr. Duenas submits his monthly supervision reports on a timely matter. This officer, therefore, supports Dr. Duenas' request and seeks the Court's approval to allow him travel to Saipan.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**ORIGINAL**

cc: