| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Vincent A. Duenas
USDC Cr.Cs.# 03-00097-001
SS# XXX-XX-7629
DOB: XX-XX-1950
HT: 5' 4" / WT: 140 lbs.



DATE  November 8, 2005

YOU ARE AUTHORIZED TO TRAVEL TO        Saipan, N.M.I.

LEAVING    November 18, 2005    AND RETURNING    November 19, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Presentation at a Medical Education Conference.**

Accommodations: Dai-Ichi Hotel, Saipan

**FILED**
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Saipan, C.N.M.I.;
1. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodations/ location; and
4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

Judy Anne L. Ocampo
UNITED STATES PROBATION OFFICER

NAME  Not Applicable
ADDRESS _____

RECEIVED NOV -9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

[X] APPROVED    [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge