

**FILED**
DISTRICT COURT OF GUAM
APR 20 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00097-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| | ) | |
| VINCENT A. DUENAS, | ) | |
| Defendant. | ) | |

On March 12, 2004, Dr. Vincent A. Duenas was sentenced by the Honorable Alex R. Munson for Distribution of Oxycodone Hydrochloride, in violation of 21 U.S.C. §§ 822(b), 823(g), 841(a)(1), & 841(b)(1)(C). He received a three year probation term with conditions that he obey all federal, state and local laws; comply with the standard conditions of probation as set forth by the U.S. Probation Office; not possess a firearm or other dangerous weapon; not use or possess illegal controlled substances; submit to one urinalysis within 15 days after sentencing and, to two more urinalyses thereafter, however, the condition was suspended based on the Court's determination that he poses a low risk of future substance abuse; obtain and maintain gainful employment; and pay the cost of supervision, in the amount of $10,196.28; and a $1,000 fine and a $100 special assessment fee. He has been on probation since March 12, 2004.

Dr. Duenas is requesting the Court's permission to travel to Indianapolis, Indiana, from May 3 to May 16, 2006, for the purpose of accompanying his 17 year-old son, Matthew, to the International Science Fair. Dr. Duenas' son was the overall winner in an islandwide science fair, and will be representing Guam in the International Science Fair.

To date, Dr. Duenas has been compliant with his conditions. He paid his $100 special assessment fee on March 12, 2004, the $1,000 fine on March 23, 2004, and the cost of supervision ($10,196.28) on September 22, 2004. Dr. Duenas submits his monthly

ORIGINAL

supervision reports on a timely matter. He has been allowed to travel on several occasions previously and it was without incident. Therefore, this Officer supports Dr. Duenas' request and seeks the Court's approval to allow him travel to Indianapolis, Indiana, as the travel is through a foreign country, Tokyo, Japan.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File