ORIGINAL

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Vincent A. Duenas
USDC Cr. Cs. No. 03-00097-001
SS# XXX-XX-7629
DOB: XX-XX-1950
HT: 5' 4" / WT: 140 lbs.



DATE **FILED**

**DISTRICT COURT OF GUAM**

APR 20 2006

**MARY L.M. MORAN
CLERK OF COURT**

YOU ARE AUTHORIZED TO TRAVEL TO      **Indianapolis, Indiana via Tokyo, Japan**

LEAVING      **May 3, 2006**      AND RETURNING      **May 16, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**Accompany minor son to the International Science Fair.**

**Accommodations: Courtyard by Marriott, 320 N. Senate Ave., Indianapolis, IN 46204**

**1. You shall abide by your conditions of probation while on travel status;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/ location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

*Judy Anne L. Ocampo*
Judy Anne L. Ocampo
UNITED STATES PROBATION OFFICER

NAME      **Not Applicable**

ADDRESS

[X] APPROVED      [ ] DISAPPROVED

RECEIVED

APR 20 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

XXXXXXXXXXX
U.S. DISTRICT COURT OF GUAM
JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE

Case 1:03-cr-00097    Document 28    Filed 04/20/2006    Page 1 of 1