**Report and Order Terminating Probation**



**FILED**

DISTRICT COURT OF GUAM

MAR 29 2007 mb✓

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

FOR THE

### *District of Guam*

UNITED STATES OF AMERICA

v.

VINCENT A. DUENAS

} CRIMINAL CASE NO. 03-00097-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **March 11, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     Joseph F. Wilson, AUSA
        Frederick J. Kerley, Defense Counsel
        File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 28 day of March 2007.

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

**RECEIVED**

MAR 26 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**